# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Howard Cohan
                    Plaintiff,

v.                                              Case No.: 1:25−cv−10514
                                                Honorable Beth W. Jantz

Woodman's Food Market, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

    MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 1/26/26 and continued to 3/19/26 at 9:15 a.m. The parties report that they have settled. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. The status hearing will be cancelled, and no one need call in, if a stipulation to dismiss is filed prior to the hearing. The motion to dismiss [11] is DENIED without prejudice as moot. Mailed notice (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.